IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Susan Woodard, | C/A. No. 0:19-cv-335-CMC-SVH |
| Plaintiff | |
| v. | |
| SDH Services East, LLC, | **Opinion and Order** |
| Defendant. | |

Through this action, Plaintiff Susan Woodard ("Plaintiff"), proceeding *pro se*, alleges employment discrimination on the basis of her race, sex, national origin, and age, as well as retaliation, against Whitney Bettie, Loree Sorenson, and SDH Services East, LLC.[1] ECF No. 1, 1-4 (supplement). On January 16, 2020, the court entered an Order adopting in part the Report and Recommendation which recommended dismissal of the individual Defendants Bettie and Sorenson, as well as dismissal of the race, sex, and national origin discrimination claims. ECF Nos. 35 (Report), 40 (Order). The Order allowed Plaintiff until March 9, 2020, to file an Amended Complaint to submit additional clarification and details regarding her race, sex, and national origin discrimination claims, in particular, to allege an adverse employment action tied to those characteristics.

However, Plaintiff has failed to file a motion for leave to amend her Complaint, and the time for doing so has expired. There has been no motion by either party to extend the deadlines in the Scheduling Order. Therefore, as Plaintiff's allegations are insufficient to assert an adverse

---

[1] Defendants Bettie and Sorenson were dismissed with prejudice by the court's Order of January 16, 2020. ECF No. 40.

employment action tied to her race, sex, or national origin, those claims are dismissed without prejudice. Plaintiff's claims for discrimination based on age and retaliation continue, and this matter is re-referred to the Magistrate Judge for pre-trial proceedings.

**IT IS SO ORDERED.**

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
March 18, 2020